# United States Bankruptcy Court
## Eastern District of Missouri

In re **Nicholas J. Vitale / Clare M. Vitale**, Debtor(s)

Case No. **13-50057**
Chapter **13**

## REQUEST FOR ADDITIONAL TIME

Come now the Debtors, by and through undersigned counsel, and hereby request additional time, until Friday, November 22, 2013, to file the remaining schedules and Chapter 13 Plan in the above-captioned case. The reason for this request is that the Debtors have been engaged in separate litigation which has limited their ability to gather the remaining necessary information to file fully complete and accurate schedules with the Court.

WHEREFORE the Debtors pray the Court to have until Friday, November 22, 2013 to file their remaining schedules and Chapter 13 plan in the above-captioned case, and for such other and further relief as the Court deems just and appropriate.

Date **November 18, 2013**  Signature **/s/ Nicholas J. Vitale**
**Nicholas J. Vitale**
Debtor

Date **November 18, 2013**  Signature **/s/ Clare M. Vitale**
**Clare M. Vitale**
Joint Debtor

Attorney **/s/ J. Isaac Crabtree**
**J. Isaac Crabtree**